**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-10418-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Glenn A. Boyd, Jr.<br>1272 Lisbon Road<br>Kennerdell PA 16374 | Christine F. Boyd<br>1272 Lisbon Road<br>Kennerdell PA 16374 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/19/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 14: COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121 | SYNCHRONY BANK<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave, Ste 400<br>Seattle, WA 98121 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/22/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Glenn A. Boyd, Jr.  
Christine F. Boyd  
    Debtors

Case No. 16-10418-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: bsil     Page 1 of 1     Date Rcvd: Mar 20, 2019  
                       Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14274992     +E-mail/Text: bncmail@w-legal.com Mar 21 2019 02:14:07     COMENITY CAPITAL BANK,  
        C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132  
                                                                                                        TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2019 at the address(es) listed below:

        Alexandra Teresa Garcia   on behalf of Creditor   Federal National Mortgage Association ("Fannie Mae") ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
        Ann E. Swartz   on behalf of Creditor   Federal National Mortgage Association ("Fannie Mae") ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
        Ann E. Swartz   on behalf of Creditor   Federal National Mortgage Association (Fannie Mae) ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
        James Warmbrodt   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  
        John F. Kroto   on behalf of Creditor   Ally Financial serviced by Ally Servicing, LLC john_kroto@pawb.uscourts.gov, knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com  
        Kenneth M. Steinberg   on behalf of Debtor Glenn A. Boyd, Jr. julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
        Kenneth M. Steinberg   on behalf of Joint Debtor Christine F. Boyd julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Raymond M Kempinski   on behalf of Creditor   Federal National Mortgage Association ("Fannie Mae") ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com  
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
                                                                                                                                                 TOTAL: 10