**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-10418-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Glenn A. Boyd, Jr.<br>1272 Lisbon Road<br>Kennerdell PA 16374 | Christine F. Boyd<br>1272 Lisbon Road<br>Kennerdell PA 16374 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/17/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 18: Federal National Mortgage Association, PO Box 1047, Hartford, CT 06143 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>P.O. Box 619094<br>Dallas, TX 75261-9741 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/20/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Glenn A. Boyd, Jr.
Christine F. Boyd
      Debtors

Case No. 16-10418-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: dpas     Page 1 of 1     Date Rcvd: Jun 18, 2019
                          Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2019.
14291872     +Federal National Mortgage Association,    PO Box 1047,    Hartford, CT 06143-1047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2019 at the address(es) listed below:
         Alexandra Teresa Garcia     on behalf of Creditor     Federal National Mortgage Association ("Fannie Mae") ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
         Ann E. Swartz     on behalf of Creditor     Federal National Mortgage Association ("Fannie Mae") ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
         Ann E. Swartz     on behalf of Creditor     Federal National Mortgage Association (Fannie Mae) ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
         James Warmbrodt     on behalf of Creditor     Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
         John F. Kroto     on behalf of Creditor     Ally Financial serviced by Ally Servicing, LLC john_kroto@pawb.uscourts.gov,    knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com
         Kenneth M. Steinberg     on behalf of Debtor Glenn A. Boyd, Jr. julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
         Kenneth M. Steinberg     on behalf of Joint Debtor Christine F. Boyd julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
         Raymond M Kempinski     on behalf of Creditor     Federal National Mortgage Association ("Fannie Mae") ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                                             TOTAL: 10