# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

04/01/2020

IN RE:

GLENN A. BOYD, JR.
CHRISTINE F. BOYD
1272 LISBON ROAD
KENNERDELL, PA  16374
XXX-XX-6867          Debtor(s)

XXX-XX-1979

Case No.16-10418 TPA

Chapter 13

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee′s final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

4/1/2020

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **ALLY FINANCIAL(*)** | Trustee Claim Number:1  INT %: 0.00% | CRED DESC:  VEHICLE |
| ATTN TRUSTEE PAYMENT CENTER | Court Claim Number:2 | ACCOUNT NO.: 8739 |
| PO BOX 78367 | | |
| | CLAIM:  0.00 | |
| PHOENIX, AZ  85062-8367 | COMMENT:  RS/OE*OUTSIDE/PL*8975/PL-CL*W/29 | |

| | | |
|---|---|---|
| **NATIONSTAR MORTGAGE LLC D/B/A MR COOPER** | Trustee Claim Number:2  INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| PO BOX 619094 | Court Claim Number:18-2 | ACCOUNT NO.: 9513 |
| | CLAIM:  0.00 | |
| DALLAS, TX  75261-9741 | COMMENT:  770.17/PL@SETERUS*DK4PMT~LMT*BGN 5/16*AMD*FR FNMA-DOC 77 | |

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:3  INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:7 | ACCOUNT NO.: 6867 |
| PO BOX 7317 | | |
| | CLAIM:  1,234.89 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  $/CL-PL | |

| | | |
|---|---|---|
| **ECMC(*)** | Trustee Claim Number:4  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| LOCKBOX #8682 | Court Claim Number:5 | ACCOUNT NO.: 1979 |
| PO BOX 16478 | | |
| | CLAIM:  7,175.08 | |
| ST PAUL, MN  55116-0478 | COMMENT:  69A0/SCH*FR FNB/PHEAA-DOC 53 | |

| | | |
|---|---|---|
| **ALLY FINANCIAL(*)** | Trustee Claim Number:5  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN TRUSTEE PAYMENT CENTER | Court Claim Number:6 | ACCOUNT NO.: 4578 |
| PO BOX 78367 | | |
| | CLAIM:  9,848.06 | |
| PHOENIX, AZ  85062-8367 | COMMENT:  NO ACCT/SCH*DFNCY BAL | |

| | | |
|---|---|---|
| **ATT** | Trustee Claim Number:6  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 105262 | Court Claim Number: | ACCOUNT NO.: 2656 |
| | CLAIM:  0.00 | |
| ATLANTA, AL  30348 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:7  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:17 | ACCOUNT NO.: 4562 |
| | CLAIM:  2,337.40 | |
| NORFOLK, VA  23541 | COMMENT:  1562/SCH*JUNIPER/BARCLAYS | |

| | | |
|---|---|---|
| **COLLECTION SERVICE CENTER INC** | Trustee Claim Number:8  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 832 5TH AVE - CORPORATE OFFICE | Court Claim Number: | ACCOUNT NO.: JH3T |
| PO BOX 560 | | |
| | CLAIM:  0.00 | |
| NEW KENSINGTON, PA  15068 | COMMENT:  BUTLER FAMILY PRACTICE/SCH | |

| | | |
|---|---|---|
| **BUTLER IMAGING & INTERVENTION** | Trustee Claim Number:9  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 7 ACEE DR | Court Claim Number: | ACCOUNT NO.: 2988 |
| | CLAIM:  0.00 | |
| NATRONA HEIGHTS, PA  15065-9700 | COMMENT: | |

| | | |
|---|---|---|
| **CREDIT MANAGEMENT CO** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 2121 NOBLESTOWN RD | Court Claim Number: | ACCOUNT NO.: 1678 |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15205-3956 | COMMENT:  BUTLER MMRL HSPTL/SCH | |

| | | |
|---|---|---|
| **BUTLER MEMORIAL HOSPITAL** | Trustee Claim Number:11 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| ONE HOSPITAL WAY | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| BUTLER, PA  16001 | COMMENT:  MLTPL ACCNT/SCH | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI** | Trustee Claim Number:12 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:3 | ACCOUNT NO.:  7741 |
| | CLAIM:  970.09 | |
| CHARLOTTE, NC  28272-1083 | COMMENT:  MLTPL ACCNTS/SCH | |

| | | |
|---|---|---|
| **CENTRAL ELECTRIC CO-OP, INC.** | Trustee Claim Number:13 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 329 | Court Claim Number: | ACCOUNT NO.:  1800 |
| | CLAIM:  0.00 | |
| PARKER, PA  16049-3029 | COMMENT: | |

| | | |
|---|---|---|
| **JPMORGAN CHASE BANK NA** | Trustee Claim Number:14 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15298 | Court Claim Number: | ACCOUNT NO.:  5166 |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19850 | COMMENT: | |

| | | |
|---|---|---|
| **BILL ME LATER INC A/S/F SYNCHRONY BANK** | Trustee Claim Number:15 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O WEINSTEIN & RILEY PS | Court Claim Number:15 | ACCOUNT NO.:  3168 |
| PO BOX 3978 | | |
| | CLAIM:  655.50 | |
| SEATTLE, WA  98124-3978 | COMMENT:  FR COMENITY-DOC 72 | |

| | | |
|---|---|---|
| **CREDIT ACCEPTANCE CORP\*** | Trustee Claim Number:16 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN: BANKRUPTCY DEPT\* | Court Claim Number:1 | ACCOUNT NO.:  9316 |
| 25505 W 12 MILE RD STE 3000\* | | |
| | CLAIM:  3,647.63 | |
| SOUTHFIELD, MI  48034-8339 | COMMENT:  7868/SCH\*DFNCY BAL | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE** | Trustee Claim Number:17 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:13 | ACCOUNT NO.:  0514 |
| POB 10587 | | |
| | CLAIM:  1,807.64 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  X6821/SCH\*FNBM/CREDIT ONE | |

| | | |
|---|---|---|
| **UNITED STATES DEPARTMENT OF EDUCATION** | Trustee Claim Number:18 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 790321 | Court Claim Number:8-2 | ACCOUNT NO.:  1979 |
| | CLAIM:  17,144.77 | |
| ST LOUIS, MO  63197-0321 | COMMENT:  MLTPL ACCNTS~NO NUM/SCH\*AMD | |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC\*** | Trustee Claim Number:19 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number: | ACCOUNT NO.:  5738 |
| | CLAIM:  0.00 | |
| CHICAGO, IL  60677-2813 | COMMENT:  FINGERHUT/SCH | |

| | | |
|---|---|---|
| **GREAT LAKES HIGHER EDUCATION** | Trustee Claim Number:20 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| CLAIMS FILING UNIT | Court Claim Number: | ACCOUNT NO.:  9879 |
| PO BOX 8973 | | |
| | CLAIM:  0.00 | |
| MADISON, WI  53708-8973 | COMMENT:  NT ADR/SCH | |

| IDENTITY STUDIO AND DESIGN | Trustee Claim Number:21 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PHOTOS OUTSIDE THE BOX | Court Claim Number: | ACCOUNT NO.:  2072 |
| 217 OLD AIRPORT RD | | |
| | CLAIM:  0.00 | |
| EMLENTON, PA  16373 | COMMENT: | |

| STRAYER UNIVERSITY++ | Trustee Claim Number:22 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| POB 487 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| NEWINGTON, VA  22122 | COMMENT:  NT ADR/SCH | |

| MIDLAND FUNDING LLC | Trustee Claim Number:23 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O MIDLAND CREDIT MANAGEMENT INC - AGEN | Court Claim Number:11 | ACCOUNT NO.:  1984 |
| PO BOX 2011 | | |
| | CLAIM:  1,434.05 | |
| WARREN, MI  48090 | COMMENT:  X7123/SCH*SYNCHRONY/JCP | |

| AMERICAN INFOSOURCE LP AGENT FOR VERIZ | Trustee Claim Number:24 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 248838 | Court Claim Number:10 | ACCOUNT NO.:  6555 |
| | CLAIM:  240.54 | |
| OKLAHOMA CITY, OK  73124-8838 | COMMENT:  X8511/SCH*ACCT OPEN 10/2/01 | |

| JEFFERSON CAPITAL SYSTEMS LLC* | Trustee Claim Number:25 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 772813 | Court Claim Number:12 | ACCOUNT NO.:  6442 |
| | CLAIM:  619.65 | |
| CHICAGO, IL  60677-2813 | COMMENT:  FINGERHUT | |

| LVNV FUNDING LLC | Trustee Claim Number:26 INT %: 0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
|---|---|---|
| POB 10584 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| GREENVILLE, SC  29603-0584 | COMMENT:  NT ADR/SCH | |

| MIDLAND FUNDING | Trustee Claim Number:27 INT %: 0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
|---|---|---|
| PO BOX 2011 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| WARREN, MI  48090 | COMMENT:  NT ADR/SCH | |

| CAPITAL ONE BANK (USA) NA BY AMERICAN INI | Trustee Claim Number:28 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 71083 | Court Claim Number:4 | ACCOUNT NO.:  6744 |
| | CLAIM:  649.27 | |
| CHARLOTTE, NC  28272-1083 | COMMENT:  SCH @ CID 12 | |

| ALLY FINANCIAL(*) | Trustee Claim Number:29 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| ATTN TRUSTEE PAYMENT CENTER | Court Claim Number:2 | ACCOUNT NO.:  8739 |
| PO BOX 78367 | | |
| | CLAIM:  0.00 | |
| PHOENIX, AZ  85062-8367 | COMMENT:  RS/OE*OUTSIDE/PL*2657.54/CL*NO GEN UNS/SCH*W/1 | |

| NATIONSTAR MORTGAGE LLC D/B/A MR COOPE | Trustee Claim Number:30 INT %: 0.00% | CRED DESC:  MORTGAGE ARR. |
|---|---|---|
| PO BOX 619094 | Court Claim Number:18-2 | ACCOUNT NO.:  9513 |
| | CLAIM:  1,748.71 | |
| DALLAS, TX  75261-9741 | COMMENT:  CL18ARRSGOV*$/CL-PL*THRU 4/16*AMD*FR FNMA-DOC 77 | |

| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:31 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:7 | ACCOUNT NO.:  6867 |
| PO BOX 7317 | | |
| | CLAIM:  6.16 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  NO GEN UNS/SCH | |

| **UNITED STATES DEPARTMENT OF EDUCATION** | Trustee Claim Number:32 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 790321 | Court Claim Number:9-2 | ACCOUNT NO.:  1979 |
| | CLAIM:  41,201.77 | |
| ST LOUIS, MO  63197-0321 | COMMENT:  SCH@18*AMD | |

| **ANN E SWARTZ ESQ** | Trustee Claim Number:33 INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| MCCABE WEISBERG & CONWAY PC | Court Claim Number: | ACCOUNT NO.: |
| 123 S BROAD ST STE 1400 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19109 | COMMENT:  FEDERAL NATL MORT/PRAE | |

| **BILL ME LATER INC A/S/F SYNCHRONY BANK** | Trustee Claim Number:34 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O WEINSTEIN & RILEY PS | Court Claim Number:14 | ACCOUNT NO.:  3440 |
| PO BOX 3978 | | |
| | CLAIM:  424.83 | |
| SEATTLE, WA  98124-3978 | COMMENT:  ACCT NT/SCH*PAYPAL*COMENITY-DOC 71 | |

| **NAVIENT SOLUTIONS LLC O/B/O THE DEPT OF E** | Trustee Claim Number:35 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O US DEPT OF EDUCATION SVCNG | Court Claim Number:16-2 | ACCOUNT NO.:  6867 |
| PO BOX 4450 | | |
| | CLAIM:  154,761.43 | |
| PORTLAND, OR  97208-4450 | COMMENT:  NT/SCH*AMD | |

| **JAMES C WARMBRODT ESQ** | Trustee Claim Number:36 INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  NATIONSTAR~MR COOPER/PRAE | |