IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE: | ) | |
| | ) | |
| Glenn A. Boyd Jr. | ) | Bankruptcy No. 16-10418 TPA |
| Christine F. Boyd | ) | |
|    Debtors | ) | Chapter 13 |
| | ) | |
| Christine F. Boyd | ) | Related to Docket No. 85 |
|    Movant | ) | |
| SSN: XXX-XX-1979 | ) | |
|    vs. | ) | |
| ASRC Federal | ) | |
|    Respondent | ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on October 1, 2020, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee-**Served by CM/ECF filing**
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

| | |
|---|---|
| ASRC Federal | Christine F. Boyd |
| Attn: Payroll Department | 1272 Lisbon Road |
| 11091 Sunset Hills Road, Suite 800 | Kennerdell, PA 16374 |
| Reston, VA  20190 | |
| | |
| Date of Service: October 1, 2020 | /s/ Kenneth M. Steinberg_____ |
| | Kenneth M. Steinberg, Esquire |
| | Attorney for the Debtor |
| | |
| | STEIDL & STEINBERG |
| | Suite 2830, Gulf Tower |
| | 707 Grant Street |
| | Pittsburgh, PA 15219 |
| | (412) 391-8000 |
| | Kenny.steinberg@steidl-steinberg.com |
| | PA I.D. No. 31244 |