FILED
9/30/20 9:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE: | ) | |
| | ) | |
| Glenn A. Boyd Jr. | ) | Bankruptcy No. 16-10418 TPA |
| Christine F. Boyd | ) | |
|    Debtors | ) | Chapter 13 |
| | ) | |
| Christine F. Boyd | ) | Document No. 84 |
|    *Movant* | ) | |
| SSN: XXX-XX-1979 | ) | |
|    vs. | ) | |
| ASRC Federal | ) | |
|    *Respondent* | ) | |

### AMENDED ORDER TO PAY TRUSTEE

The above-named debtor having filed a Chapter 13 petition
IT IS THEREFORE, ORDERED that until further order of this Court, the entity from whom the debtor receives income:

    ASRC Federal
    Attn: Payroll Department
    11091 Sunset Hills Road, Suite 800
    Reston, VA  20190

deduct from said income the sum of **$511.00  from each bi-weekly paycheck** beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor and to remit the deductible sums ON AT LEAST A MONTHLY BASIS to:

    Ronda Winnecour
    Chapter 13 Trustee, W.D. PA
    PO Box 84051
    Chicago, IL  60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF SAID DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the subject entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to the Court.

DATED this _____30th_____ day of _____September_____, 2020.

_____ vas
U.S. BANKRUPTCY JUDGE

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making of all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to the debtor(s) and this estate.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10418-TPA |
| Glenn A. Boyd, Jr. | Chapter 13 |
| Christine F. Boyd | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: dpas | Page 1 of 2 |
| Date Rcvd: Sep 30, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Glenn A. Boyd, Jr., Christine F. Boyd, 1272 Lisbon Road, Kennerdell, PA 16374-2820 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Christine F. Boyd, 1272 Lisbon Road, Kennerdell, PA 16374-2820 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Oct 02, 2020 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | |
| | on behalf of Creditor Federal National Mortgage Association ("Fannie Mae") ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| Ann E. Swartz | |
| | on behalf of Creditor Federal National Mortgage Association ("Fannie Mae") ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| Ann E. Swartz | |
| | on behalf of Creditor Federal National Mortgage Association (Fannie Mae) ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com |
| Brian Nicholas | |

| District/off: 0315-1 | User: dpas | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 30, 2020 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com

John F. Kroto

on behalf of Creditor Ally Financial serviced by Ally Servicing  LLC john_kroto@pawb.uscourts.gov, knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com

Kenneth M. Steinberg

on behalf of Debtor Glenn A. Boyd  Jr. julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Kenneth M. Steinberg

on behalf of Joint Debtor Christine F. Boyd julie.steidl@steidl-steinberg.com kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Raymond M Kempinski

on behalf of Creditor Federal National Mortgage Association ("Fannie Mae") ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 10