**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br><br>**WITHDRAWAL OF APPEARANCES BY ANN E. SWARTZ, ESQUIRE, IN VARIOUS OPEN CASES AND ENTRY OF APPEARANCE OF LAUREN M. MOYER, ESQUIRE, IN VARIOUS OPEN CASES** | Miscellaneous No. 21-00203-CMB |

**ORDER**

AND NOW, this __17th__ day of __February__, 2021, upon consideration of the Omnibus Joint Motion to Withdraw the Appearance of Ann E. Swartz, Esquire, and Enter the Appearance of Lauren M. Moyer, Esquire, it is hereby

ORDERED that the Motion is granted, and Ann E. Swartz, Esquire, is granted leave to withdraw her appearance as counsel of record in the list of cases attached to the Motion as Exhibit "A"; and it us further

ORDERED that the appearance of Lauren M. Moyer, Esquire, is entered as counsel of record for the parties formerly represented by Ann E. Swartz, Esquire, in the list of cases attached to the Motion as Exhibit "A."

Prepared by: Lauren M. Moyer

BY THE COURT:

_Carlota M. Böhm_  dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
2/17/21 11:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# Notice Recipients

District/Off: 0315−2 | User: aala | Date Created: 2/17/2021
Case: 21−00203−CMB | Form ID: pdf900 | Total: 2

**Recipients of Notice of Electronic Filing:**
aty    Lauren Moyer    ecfmail@ecf.courtdrive.com

                                                                                            TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust    Office of the United States Trustee    Liberty Center.    1001 Liberty Avenue, Suite 970    Pittsburgh, PA 15222

                                                                                            TOTAL: 1