FILED
5/4/21 10:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 16-10418-TPA |
| Glenn A. Boyd, Jr. | ) | |
| Christine F. Boyd | ) | Chapter 13 |
|     Debtor(s) | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | Related Doc #92 |
|     Movant(s) | ) | |
| vs. | ) | |
| Glenn A. Boyd, Jr. | ) | |
| Christine F. Boyd | ) | |
|     Respondent(s) | ) | |

## ORDER

AND NOW, this 4th day of May, **2021**, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐      This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☒      This case is **DISMISSED**, without prejudice.
If either of the above provisions is checked, indicating that this case is being dismissed, then it is **FURTHER ORDERED** as follows:

    A.      Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

    B.      This case is administratively closed. However, the Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

    C.      The Clerk shall give notice to all creditors of this dismissal.

    D.      Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

    E.    The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

    (1)    the time deadline provided by state law; or

    (2)    30 days after the date of this notice.

☐ This case is not dismissed. The plan term is extended to a total of _____ months; the monthly plan payment amount is changed to $_____ effective _____.

☐ This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed _____ WITH / _____ WITHOUT prejudice, without further notice or hearing.

☐ Continued, generally to _____(date)

    ____ Conciliation/Status Conference with the Ch. 13 Trustee, by Zoom
    ____ Conciliation/Status Conference before the Court via the Zoom video application

☐ The Debtor(s) is to take over long term continuing debt payments beginning with the _____ payment.

☐ The total due by the Debtor(s) to complete the Plan is $_____

☐ The case is dismissed without further notice or order unless the remaining $_____ due on the Plan base is paid on or before _____.

☐ The Oral Motion by the Trustee to withdraw the *Motion to Dismiss* is GRANTED.

☐ Other:

Dated: May 4, 2021

                                          asg
Thomas P. Agresti, Judge
United States Bankruptcy Judge

2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10418-TPA |
| Glenn A. Boyd, Jr. | Chapter 13 |
| Christine F. Boyd | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: dpas | Page 1 of 4 |
| Date Rcvd: May 04, 2021 | Form ID: pdf900 | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Glenn A. Boyd, Jr., Christine F. Boyd, 1272 Lisbon Road, Kennerdell, PA 16374-2820 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14221993 | + | AES/FNB Bank NA, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14221997 | + | Barclays Bank, 700 Prides Xing, Newark, DE 19713-6109 |
| 14221998 | + | Butler Family Practice, c/o Collection Service Center, PO Box 1623, Butler, PA 16003-1623 |
| 14221999 | + | Butler Imaging Interventional Associates, 7 Acee Drive, Natrona Heights, PA 15065-9700 |
| 14222001 | + | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001-4697 |
| 15314363 | + | CSMC 2020-RPL3 Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14222003 | + | Central Electric Cooperative, Inc, PO Box 329, Parker, PA 16049-0329 |
| 14222006 | + | Credit Acceptance, PO Box 507, Southfield, MI 48037 |
| 14232603 | + | District Court, PO Box 522, Seneca, PA 16346-0522 |
| 14632331 | + | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14291872 | + | Federal National Mortgage Association, PO Box 1047, Hartford, CT 06143-1047 |
| 14222010 | + | Great Lakes Higher Education, PO Box 7860, Madison, WI 53707-7860 |
| 14222011 | + | Identity Studio and Design, Photos Outside the Box, 217 Old Airport Road, Emlenton, PA 16373-8011 |
| 14222014 | + | Matthew Boyd, 1272 Lisbon Road, Kennerdell, PA 16374-2820 |
| 15071850 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14239620 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14222016 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus, 14523 SW Millikan Way, Beaverton, OR 97005 |
| 14222017 | #+ | Strayer University, Warrendale Campus, 802 Warrendale Village Drive, Warrendale, PA 15086-7589 |
| 14255230 | | United States Department of Education, Claims Filing Unit, P O Box 8973, Madison, WI 53708-8973 |
| 14222019 | + | Verizon, c/o Debt Recovery Solutions, 900 Merchants, Consourse 106, Westbury, NY 11590-5142 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ally@ebn.phinsolutions.com | May 05 2021 04:01:00 | Ally Financial serviced by Ally Servicing, LLC, PO Box 130424, Roseville, MN 55113-0004 |
| cr | + | Email/Text: bncmail@w-legal.com | May 05 2021 04:02:00 | Synchrony, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14221996 | + | Email/Text: bankruptcy@credencerm.com | May 05 2021 04:02:00 | AT&T, c/o Credence Resource Management, 17000 Dallas Parkway, Suite 204, Dallas, TX 75248-1940 |
| 14232472 | | Email/Text: ally@ebn.phinsolutions.com | May 05 2021 04:01:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14221995 | | Email/Text: ally@ebn.phinsolutions.com | May 05 2021 04:01:00 | Ally Financial, PO Box 38091, Minneapolis, MN 55438 |
| 14221994 | + | Email/Text: ally@ebn.phinsolutions.com | | |

Case 16-10418-TPA   Doc 96   Filed 05/06/21   Entered 05/07/21 00:42:33   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-1 | User: dpas | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: May 04, 2021 | Form ID: pdf900 | Total Noticed: 50 |

| Recipient ID | Delivery Method | Date/Time | Name and Address |
| --- | --- | --- | --- |
| | | May 05 2021 04:01:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14263445 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 05 2021 03:27:34 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14222000 | + Email/Text: bdsupport@creditmanagementcompany.com | May 05 2021 04:02:00 | Butler Memorial Hospital, c/o Credit Management, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14274992 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 05 2021 04:01:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14222002 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 05 2021 03:26:02 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14233311 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 05 2021 03:27:29 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14222005 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 05 2021 04:01:00 | Comenity Capital Bank, PO Box 105658, Atlanta, GA 30348-5658 |
| 14223794 | + Email/Text: ebnnotifications@creditacceptance.com | May 05 2021 04:01:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14222007 | + Email/PDF: creditonebknotifications@resurgent.com | May 05 2021 03:27:29 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14222008 | + Email/PDF: pa_dc_ed@navient.com | May 05 2021 03:27:31 | Department of Education/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14222012 | + Email/Text: sbse.cio.bnc.mail@irs.gov | May 05 2021 04:01:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14222009 | Email/Text: JCAP_BNC_Notices@jcap.com | May 05 2021 04:02:00 | Fingerhut, c/o Jefferson Capital, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14269506 | Email/Text: JCAP_BNC_Notices@jcap.com | May 05 2021 04:02:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14222004 | Email/PDF: ais.chase.ebn@americaninfosource.com | May 05 2021 03:26:44 | Chase Card, PO Box 12598, Wilmington, DE 19850 |
| 14222013 | + Email/PDF: resurgentbknotifications@resurgent.com | May 05 2021 03:26:06 | LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 14274385 | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2021 03:26:49 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14266227 | + Email/Text: bankruptcydpt@mcmcg.com | May 05 2021 04:02:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14222015 | + Email/Text: bankruptcydpt@mcmcg.com | May 05 2021 04:02:00 | Midland Funding, 8875 Aero Dr., Suite 200, San Diego, CA 92123-2255 |
| 14281847 | Email/PDF: pa_dc_claims@navient.com | May 05 2021 03:26:05 | Navient Solutions Inc. on behalf of, Department of Education Services, P.O. Box 9635, Wilkes-Barre PA. 18773-9635 |
| 14291780 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 05 2021 03:26:04 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15015155 | + Email/Text: bncmail@w-legal.com | May 05 2021 04:02:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14222018 | + Email/PDF: gecsedi@recoverycorp.com | May 05 2021 03:26:00 | Synchrony Bank/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 14222020 | + Email/Text: bnc-bluestem@quantum3group.com | May 05 2021 04:02:00 | WebBank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 28

District/off: 0315-1 | User: dpas | Page 3 of 4
Date Rcvd: May 04, 2021 | Form ID: pdf900 | Total Noticed: 50

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Federal National Mortgage Association ("Fannie Mae |
| cr | | Federal National Mortgage Association (Fannie Mae) |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15015158 | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2021         Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Federal National Mortgage Association ("Fannie Mae") ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| John F. Kroto | on behalf of Creditor Ally Financial serviced by Ally Servicing  LLC john_kroto@pawb.uscourts.gov, knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com |
| Kenneth M. Steinberg | on behalf of Joint Debtor Christine F. Boyd julie.steidl@steidl-steinberg.com kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Kenneth M. Steinberg | on behalf of Debtor Glenn A. Boyd  Jr. julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Lauren Moyer | on behalf of Creditor Federal National Mortgage Association ("Fannie Mae") ecfmail@ecf.courtdrive.com |
| Lauren Moyer | on behalf of Creditor Federal National Mortgage Association (Fannie Mae) ecfmail@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Raymond M Kempinski | on behalf of Creditor Federal National Mortgage Association ("Fannie Mae") ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1 User: dpas Page 4 of 4
Date Rcvd: May 04, 2021 Form ID: pdf900 Total Noticed: 50

TOTAL: 10