**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>GLENN A. BOYD, JR.<br>CHRISTINE F. BOYD<br>   Debtor(s)<br><br>Ronda J. Winnecour<br>   Movant<br>  vs.<br>No Respondents. | Case No.:16-10418 TPA<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

 1.  The case was filed on 04/29/2016 and confirmed on 06/22/2016 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

 2.  The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 70,340.78 |
| Less Refunds to Debtor | 2,044.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 68,296.78 |
| | | |
| Administrative Fees | | |
|  Filing Fee | 0.00 | |
|  Notice Fee | 0.00 | |
|  Attorney Fee | 4,382.38 | |
|  Trustee Fee | 3,254.96 | |
|  Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,637.34 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| CSMC 2020-RPL3 TRUST | 0.00 | 46,702.07 | 0.00 | 46,702.07 |
|  Acct: 1636 | | | | |
| CSMC 2020-RPL3 TRUST | 1,748.71 | 1,748.71 | 0.00 | 1,748.71 |
|  Acct: 1636 | | | | |
| ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|  Acct: 8739 | | | | |
| | | | | 48,450.78 |
| **Priority** | | | | |
| KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|  Acct: | | | | |
| GLENN A. BOYD, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|  Acct: | | | | |
| GLENN A. BOYD, JR. | 2,044.00 | 2,044.00 | 0.00 | 0.00 |
|  Acct: | | | | |
| STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|  Acct: | | | | |
| STEIDL & STEINBERG | 1,000.00 | 982.38 | 0.00 | 0.00 |
|  Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| INTERNAL REVENUE SERVICE* | 1,234.89 | 1,234.89 | 0.00 | 1,234.89 |
| Acct: 6867 | | | | |
| | | | | 1,234.89 |
| **Unsecured** | | | | |
| ECMC(*) | 7,175.08 | 320.54 | 0.00 | 320.54 |
| Acct: 1979 | | | | |
| ALLY FINANCIAL(*) | 9,848.06 | 439.96 | 0.00 | 439.96 |
| Acct: 4578 | | | | |
| ATT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2656 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 2,337.40 | 99.39 | 0.00 | 99.39 |
| Acct: 4562 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: JH3T | | | | |
| BUTLER IMAGING & INTERVENTION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2988 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1678 | | | | |
| BUTLER MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 970.09 | 41.24 | 0.00 | 41.24 |
| Acct: 7741 | | | | |
| CENTRAL ELECTRIC CO-OP, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1800 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5166 | | | | |
| BILL ME LATER INC A/S/F SYNCHRONY BA | 655.50 | 15.27 | 0.00 | 15.27 |
| Acct: 3168 | | | | |
| CREDIT ACCEPTANCE CORP* | 3,647.63 | 155.10 | 0.00 | 155.10 |
| Acct: 9316 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,807.64 | 76.86 | 0.00 | 76.86 |
| Acct: 0514 | | | | |
| UNITED STATES DEPARTMENT OF EDUCA | 17,144.77 | 784.34 | 0.00 | 784.34 |
| Acct: 1979 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5738 | | | | |
| GREAT LAKES HIGHER EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9879 | | | | |
| IDENTITY STUDIO AND DESIGN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2072 | | | | |
| STRAYER UNIVERSITY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND FUNDING LLC | 1,434.05 | 60.97 | 0.00 | 60.97 |
| Acct: 1984 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR V | 240.54 | 0.00 | 0.00 | 0.00 |
| Acct: 6555 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 619.65 | 0.00 | 0.00 | 0.00 |
| Acct: 6442 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 649.27 | 15.13 | 0.00 | 15.13 |
| Acct: 6744 | | | | |
| ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8739 | | | | |
| INTERNAL REVENUE SERVICE* | 6.16 | 0.00 | 0.00 | 0.00 |
| Acct: 6867 | | | | |
| UNITED STATES DEPARTMENT OF EDUCA | 41,201.77 | 1,884.91 | 0.00 | 1,884.91 |
| Acct: 1979 | | | | |
| BILL ME LATER INC A/S/F SYNCHRONY BA | 424.83 | 0.00 | 0.00 | 0.00 |
| Acct: 3440 | | | | |

| 16-10418 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type    Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | NAVIENT SOLUTIONS LLC O/B/O THE DEPA | 154,761.43 | 7,080.06 | 0.00 | 7,080.06 |
| | Acct: 6867 | | | | |
| | LAUREN M MOYER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 10,973.77 |

TOTAL PAID TO CREDITORS                                                                                            60,659.44

TOTAL CLAIMED
PRIORITY              1,234.89
SECURED               1,748.71
UNSECURED           242.923.87

Date: 06/30/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com