IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Glenn A. Boyd, Jr., | ) | Bankruptcy No. 16-10418-TPA |
| Christine F. Boyd | ) | Chapter 13 |
|     Debtor | ) | Related To Dkt. No. 100, 101 |
| | ) | Hearing Date and Time |
| Glenn A. Boyd, Jr, | ) | September 10, 2021 at 10:00am |
| Christine F. Boyd | ) | |
|     Movant | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| AES/FNB Bank NA,AT&T,Ally Financial, American InfoSource LP as agent for Verizon, Barclays Bank, Butler Family Practice, Butler Imaging Interventional Associates, Butler Memorial Hospital,COMENITY CAPITAL BANK ℅ WEINSTEIN & RILEY, PS,CSMC 2020-RPL3 Trust Serviced by Select Portfolio Servicing, Capital One, Capital One Bank (USA), N.A.,Central Electric Cooperative, Inc Chase Card, Comenity Capital Bank,Credit Acceptance,Credit One Bank,Department of Education/Navient,District Court, ECMC,Federal National Mortgage Association, JEFFERSON CAPITAL SYSTEMS LLC,Alexandra Teresa Garcia, Great Lakes Higher Education,Identity Studio and Design Photos Outside the Box,Internal Revenue Service,Raymond M Kempinski, John F. Kroto, LVNV Funding, Resurgent Capital Services,MIDLAND FUNDING LLC,Matthew Boyd,  Lauren Moyer, Nationstar Mortgage LLC d/b/a Mr. Cooper, Navient Solutions, Brian Nicholas,Office of the United States Trustee, PHEAA, Pennsylvania Department of Revenue, PORTFOLIO RECOVERY ASSOCIATES LLC,SELECT PORTFOLIO SERVICING, INC,SYNCHRONY BANK, SETERUS INC, Strayer University, Synchrony,Synchrony Bank/JC Penney,United States Department of Education,  Verizon,  WebBank/Fingerhut, Ronda J. Winnecour | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
|     Respondent(s) | | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO REVOKE DISMISSAL AND ALLOW DEBTORS TO COMPLETE CHAPTER 13 CASE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading regarding the Motion to Revoke Dismissal and Allow Debtors to Complete Chapter 13 Case filed on July 28, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading for the Motion to Revoke Dismissal and Allow Debtors to Complete Chapter 13 Case appears thereon. Pursuant to the Notice of Hearing, objections for the Motion to Revoke Dismissal and Allow Debtors to Complete Chapter 13 Case were to be filed and served no later than August 14, 2021.

It is hereby respectfully requested that the Order attached to the Motion to Revoke Dismissal and Allow Debtors to Complete Chapter 13 Case be entered by the Court.

Respectfully submitted,

August 16, 2021
    DATE

/s/ Kenneth M. Steinberg
Kenneth M. Steinberg
Attorney for the Debtor
STEIDL & STEINBERG
2830 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No.  31244