Case 16-10418-TPA    Doc 104    Filed 08/19/21    Entered 08/20/21 00:29:11    Desc
Imaged Certificate of Notice    Page 1 of 6

FILED
8/17/21 11:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Glenn A. Boyd, Jr., ) | Bankruptcy No. 16-10418-TPA |
| Christine F. Boyd ) | Chapter 13 |
| Debtor ) | Related To Dkt. No. 95, 100 |
| ) | |
| Glenn A. Boyd, Jr, ) | |
| Christine F. Boyd ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| AES/FNB Bank NA,AT&T,Ally Financial, ) | |
| American InfoSource LP as agent for Verizon, ) | |
| Barclays Bank, Butler Family Practice, Butler ) | |
| Imaging Interventional Associates, Butler ) | |
| Memorial Hospital,COMENITY CAPITAL ) | |
| BANK % WEINSTEIN & RILEY, PS,CSMC ) | |
| 2020-RPL3 Trust Serviced by Select Portfolio ) | |
| Servicing, Capital One, Capital One Bank ) | |
| (USA), N.A.,Central Electric Cooperative, Inc ) | |
| Chase Card, Comenity Capital Bank,Credit ) | |
| Acceptance,Credit One Bank,Department of ) | |
| Education/Navient,District Court, ) | |
| ECMC,Federal National Mortgage ) | |
| Association, JEFFERSON CAPITAL ) | |
| SYSTEMS LLC,Alexandra Teresa Garcia, ) | |
| Great Lakes Higher Education,Identity | |
| Studio and Design Photos Outside the | |
| Box,Internal Revenue Service,Raymond M | |
| Kempinski, John F. Kroto, LVNV Funding, | |
| Resurgent Capital Services,MIDLAND | |
| FUNDING LLC,Matthew Boyd,  Lauren | |
| Moyer, Nationstar Mortgage LLC d/b/a Mr. | |
| Cooper, Navient Solutions, Brian | |
| Nicholas,Office of the United States Trustee, | |
| PHEAA, Pennsylvania Department of | |
| Revenue, PORTFOLIO RECOVERY | |
| ASSOCIATES LLC,SELECT PORTFOLIO | |
| SERVICING, INC,SYNCHRONY BANK, | |
| SETERUS INC, Strayer University, | |
| Synchrony,Synchrony Bank/JC Penney,United | |
| States Department of Education,  Verizon, | |
| WebBank/Fingerhut, Ronda J. Winnecour | |
| | |
| Respondent(s) | |

## ORDER OF COURT

AND NOW, to wit, this 17th day of August, 2021, it is hereby ORDERED, ADJUDGED, and DECREED, that the Chapter 13 bankruptcy dismissal of Glenn A. & Christine F. Boyd is hereby revoked and the debtors shall have 30 days to pay the Chapter 13 Trustee sufficient funds to complete their Chapter 13 Plan.

_____ J.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10418-TPA |
| Glenn A. Boyd, Jr. | Chapter 13 |
| Christine F. Boyd | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: dpas | Page 1 of 4 |
| Date Rcvd: Aug 17, 2021 | Form ID: pdf900 | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Glenn A. Boyd, Jr., Christine F. Boyd, 1272 Lisbon Road, Kennerdell, PA 16374-2820 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14221993 | + | AES/FNB Bank NA, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14221997 | + | Barclays Bank, 700 Prides Xing, Newark, DE 19713-6109 |
| 14221998 | + | Butler Family Practice, c/o Collection Service Center, PO Box 1623, Butler, PA 16003-1623 |
| 14221999 | + | Butler Imaging Interventional Associates, 7 Acee Drive, Natrona Heights, PA 15065-9700 |
| 14222001 | + | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001-4697 |
| 15314363 | + | CSMC 2020-RPL3 Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14222003 | + | Central Electric Cooperative, Inc, PO Box 329, Parker, PA 16049-0329 |
| 14222006 | + | Credit Acceptance, PO Box 507, Southfield, MI 48037 |
| 14232603 | + | District Court, PO Box 522, Seneca, PA 16346-0522 |
| 14632331 | + | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14291872 | + | Federal National Mortgage Association, PO Box 1047, Hartford, CT 06143-1047 |
| 14222010 | + | Great Lakes Higher Education, PO Box 7860, Madison, WI 53707-7860 |
| 14222011 | + | Identity Studio and Design, Photos Outside the Box, 217 Old Airport Road, Emlenton, PA 16373-8011 |
| 14222014 | + | Matthew Boyd, 1272 Lisbon Road, Kennerdell, PA 16374-2820 |
| 15071850 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14239620 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14222016 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus, 14523 SW Millikan Way, Beaverton, OR 97005 |
| 14255230 | | United States Department of Education, Claims Filing Unit, P O Box 8973, Madison, WI 53708-8973 |
| 14222019 | + | Verizon, c/o Debt Recovery Solutions, 900 Merchants, Consourse 106, Westbury, NY 11590-5142 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ally@ebn.phinsolutions.com | | |
| | | | Aug 17 2021 23:43:00 | Ally Financial serviced by Ally Servicing, LLC, PO Box 130424, Roseville, MN 55113-0004 |
| cr | + | Email/Text: bncmail@w-legal.com | | |
| | | | Aug 17 2021 23:43:00 | Synchrony, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14221996 | + | Email/Text: bankruptcy@credencerm.com | | |
| | | | Aug 17 2021 23:43:00 | AT&T, c/o Credence Resource Management, 17000 Dallas Parkway, Suite 204, Dallas, TX 75248-1940 |
| 14232472 | | Email/Text: ally@ebn.phinsolutions.com | | |
| | | | Aug 17 2021 23:43:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14221995 | | Email/Text: ally@ebn.phinsolutions.com | | |
| | | | Aug 17 2021 23:43:00 | Ally Financial, PO Box 38091, Minneapolis, MN 55438 |
| 14221994 | + | Email/Text: ally@ebn.phinsolutions.com | | |

| Recipient ID | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|
| | | Aug 17 2021 23:43:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14263445 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 17 2021 23:59:23 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14222000 | + Email/Text: bdsupport@creditmanagementcompany.com | Aug 17 2021 23:43:00 | Butler Memorial Hospital, c/o Credit Management, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14274992 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 17 2021 23:43:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14222002 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 17 2021 23:46:44 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14233311 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 17 2021 23:46:41 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14222005 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 17 2021 23:43:00 | Comenity Capital Bank, PO Box 105658, Atlanta, GA 30348-5658 |
| 14223794 | + Email/Text: ebnnotifications@creditacceptance.com | Aug 17 2021 23:43:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14222007 | + Email/PDF: creditonebknotifications@resurgent.com | Aug 17 2021 23:46:49 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14222008 | + Email/PDF: pa_dc_ed@navient.com | Aug 17 2021 23:46:45 | Department of Education/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14222012 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 17 2021 23:43:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14222009 | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 17 2021 23:43:00 | Fingerhut, c/o Jefferson Capital, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14269506 | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 17 2021 23:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14222004 | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 17 2021 23:46:41 | Chase Card, PO Box 12598, Wilmington, DE 19850 |
| 14222013 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 17 2021 23:46:41 | LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 14274385 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 17 2021 23:46:42 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14266227 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 17 2021 23:43:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14222015 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 17 2021 23:43:00 | Midland Funding, 8875 Aero Dr., Suite 200, San Diego, CA 92123-2255 |
| 14281847 | Email/PDF: pa_dc_claims@navient.com | Aug 17 2021 23:46:45 | Navient Solutions Inc. on behalf of, Department of Education Services, P.O. Box 9635, Wilkes-Barre PA. 18773-9635 |
| 14291780 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 17 2021 23:46:41 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15015155 | + Email/Text: bncmail@w-legal.com | Aug 17 2021 23:43:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14222018 | + Email/PDF: gecsedi@recoverycorp.com | Aug 17 2021 23:46:40 | Synchrony Bank/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 14222020 | + Email/Text: bnc-bluestem@quantum3group.com | Aug 17 2021 23:43:00 | WebBank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 28

| District/off: 0315-1 | User: dpas | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 17, 2021 | Form ID: pdf900 | Total Noticed: 49 |

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Federal National Mortgage Association ("Fannie Mae |
| cr | | Federal National Mortgage Association (Fannie Mae) |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15015158 | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14222017 | ##+ | Strayer University, Warrendale Campus, 802 Warrendale Village Drive, Warrendale, PA 15086-7589 |

TOTAL: 3 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2021         Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Federal National Mortgage Association ("Fannie Mae") ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| John F. Kroto | on behalf of Creditor Ally Financial serviced by Ally Servicing  LLC john_kroto@pawb.uscourts.gov, knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com |
| Kenneth M. Steinberg | on behalf of Joint Debtor Christine F. Boyd julie.steidl@steidl-steinberg.com kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Kenneth M. Steinberg | on behalf of Debtor Glenn A. Boyd  Jr. julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Lauren Moyer | on behalf of Creditor Federal National Mortgage Association ("Fannie Mae") ecfmail@ecf.courtdrive.com |
| Lauren Moyer | on behalf of Creditor Federal National Mortgage Association (Fannie Mae) ecfmail@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Raymond M Kempinski | on behalf of Creditor Federal National Mortgage Association ("Fannie Mae") ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1 User: dpas Page 4 of 4
Date Rcvd: Aug 17, 2021 Form ID: pdf900 Total Noticed: 49
TOTAL: 10