IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No.   16-10418 TPA |
| Glenn A. Boyd Jr. | ) | Chapter 13 |
| Christine F. Boyd | ) | Docket No. |
| Debtors | ) | |
| | ) | |
| Glenn A. Boyd Jr. | ) | |
| Christine F. Boyd | ) | |
| Movants | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| No Respondents | | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1.    The Debtors have made all payments required by the Chapter 13 Plan.

2.    The Debtors are not required to pay any Domestic Support Obligations.

3.    The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4.    On  September 23, 2021  at docket numbers 106and 107  the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

September 24, 2021                              Respectfully submitted,
Date

                                               /s/ Kenneth M. Steinberg
                                               Kenneth M. Steinberg
                                               Attorney for the Debtors
                                               STEIDL & STEINBERG
                                               Suite 2830 – Gulf Tower
                                               707 Grant Street
                                               Pittsburgh, PA  15219
                                               (412) 391-8000
                                               kenny.steinberg@steidl-steinberg.com
                                               PA I.D. No. 31244

**PAWB Local Form 24 (07/13)**