Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Glenn A. Boyd Jr.** | : | Case No. 16−10418−TPA |
| **Christine F. Boyd** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 112 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 1/12/22 at 12:00 PM |
| *Respondent(s).* | : | |
| | : | |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

   *AND NOW,* this *The 26th of October, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 112 , by the Chapter 13 Trustee

   It is hereby **ORDERED, ADJUDGED and DECREED** that:

   (1) **On or before December 10, 2021**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

   (2) This *Motion* is scheduled for hearing on *January 12, 2022 at 12:00 PM* in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

   (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10418-TPA |
| Glenn A. Boyd, Jr. | Chapter 13 |
| Christine F. Boyd | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: agro | Page 1 of 4 |
| Date Rcvd: Oct 26, 2021 | Form ID: 300b | Total Noticed: 51 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Glenn A. Boyd, Jr., Christine F. Boyd, 1272 Lisbon Road, Kennerdell, PA 16374-2820 |
| cr | + | CSMC 2020-RPL3 Trust, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14221993 | + | AES/FNB Bank NA, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14221997 | + | Barclays Bank, 700 Prides Xing, Newark, DE 19713-6109 |
| 14221998 | + | Butler Family Practice, c/o Collection Service Center, PO Box 1623, Butler, PA 16003-1623 |
| 14221999 | + | Butler Imaging Interventional Associates, 7 Acee Drive, Natrona Heights, PA 15065-9700 |
| 14222001 | + | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001-4697 |
| 15314363 | + | CSMC 2020-RPL3 Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14222003 | + | Central Electric Cooperative, Inc, PO Box 329, Parker, PA 16049-0329 |
| 14222006 | + | Credit Acceptance, PO Box 507, Southfield, MI 48037 |
| 14232603 | + | District Court, PO Box 522, Seneca, PA 16346-0522 |
| 14632331 | + | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14291872 | + | Federal National Mortgage Association, PO Box 1047, Hartford, CT 06143-1047 |
| 14222010 | + | Great Lakes Higher Education, PO Box 7860, Madison, WI 53707-7860 |
| 14222011 | + | Identity Studio and Design, Photos Outside the Box, 217 Old Airport Road, Emlenton, PA 16373-8011 |
| 14222014 | + | Matthew Boyd, 1272 Lisbon Road, Kennerdell, PA 16374-2820 |
| 15071850 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14239620 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14222016 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus, 14523 SW Millikan Way, Beaverton, OR 97005 |
| 14255230 | | United States Department of Education, Claims Filing Unit, P O Box 8973, Madison, WI 53708-8973 |
| 14222019 | + | Verizon, c/o Debt Recovery Solutions, 900 Merchants, Consourse 106, Westbury, NY 11590-5142 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Oct 26 2021 23:35:00 | Ally Financial serviced by Ally Servicing, LLC, PO Box 130424, Roseville, MN 55113-0004 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 27 2021 10:19:05 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: bncmail@w-legal.com | Oct 26 2021 23:36:00 | Synchrony, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14221996 | + | Email/Text: bankruptcy@credencerm.com | Oct 26 2021 23:36:00 | AT&T, c/o Credence Resource Management, 17000 Dallas Parkway, Suite 204, Dallas, TX 75248-1940 |
| 14232472 | | Email/Text: ally@ebn.phinsolutions.com | Oct 26 2021 23:35:00 | Ally Financial, PO Box 130424, Roseville MN |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 55113-0004 |
| 14221995 | | Email/Text: ally@ebn.phinsolutions.com | Oct 26 2021 23:35:00 | Ally Financial, PO Box 38091, Minneapolis, MN 55438 |
| 14221994 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 26 2021 23:35:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14263445 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 26 2021 23:47:24 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14222000 | + | Email/Text: bdsupport@creditmanagementcompany.com | Oct 26 2021 23:36:00 | Butler Memorial Hospital, c/o Credit Management, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14274992 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 26 2021 23:35:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14222002 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 26 2021 23:47:19 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14233311 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 26 2021 23:47:08 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14222005 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 26 2021 23:35:00 | Comenity Capital Bank, PO Box 105658, Atlanta, GA 30348-5658 |
| 14223794 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 26 2021 23:35:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14222007 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 26 2021 23:47:21 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14222008 | + | Email/PDF: pa_dc_ed@navient.com | Oct 26 2021 23:47:21 | Department of Education/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14632331 | + | Email/Text: ECMCBKNotices@ecmc.org | Oct 26 2021 23:35:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14222012 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 26 2021 23:35:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14222009 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 26 2021 23:36:00 | Fingerhut, c/o Jefferson Capital, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14269506 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 26 2021 23:36:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14222004 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 26 2021 23:47:18 | Chase Card, PO Box 12598, Wilmington, DE 19850 |
| 14222013 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2021 23:47:22 | LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 14274385 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2021 23:47:11 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14266227 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 26 2021 23:35:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14222015 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 26 2021 23:35:00 | Midland Funding, 8875 Aero Dr., Suite 200, San Diego, CA 92123-2255 |
| 14281847 | | Email/PDF: pa_dc_claims@navient.com | Oct 26 2021 23:47:10 | Navient Solutions Inc. on behalf of, Department of Education Services, P.O. Box 9635, Wilkes-Barre PA. 18773-9635 |
| 14291780 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2021 23:47:31 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15015155 | + | Email/Text: bncmail@w-legal.com | Oct 26 2021 23:36:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

Case 16-10418-TPA    Doc 114    Filed 10/28/21    Entered 10/29/21 00:33:36    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-1 | User: agro | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 26, 2021 | Form ID: 300b | Total Noticed: 51 |

| 14222018 | + Email/PDF: gecsedi@recoverycorp.com | | |
|---|---|---|---|
| | | Oct 26 2021 23:47:07 | Synchrony Bank/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 14222020 | + Email/Text: bnc-bluestem@quantum3group.com | | |
| | | Oct 26 2021 23:36:00 | WebBank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Federal National Mortgage Association ("Fannie Mae |
| cr | | Federal National Mortgage Association (Fannie Mae) |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15015158 | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14222017 | ##+ | Strayer University, Warrendale Campus, 802 Warrendale Village Drive, Warrendale, PA 15086-7589 |

TOTAL: 3 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Federal National Mortgage Association ("Fannie Mae") ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| John F. Kroto | on behalf of Creditor Ally Financial serviced by Ally Servicing  LLC john_kroto@pawb.uscourts.gov, knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com |
| Kenneth M. Steinberg | on behalf of Joint Debtor Christine F. Boyd julie.steidl@steidl-steinberg.com kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Kenneth M. Steinberg | on behalf of Debtor Glenn A. Boyd  Jr. julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Lauren Moyer | on behalf of Creditor Federal National Mortgage Association ("Fannie Mae") ecfmail@ecf.courtdrive.com |
| Lauren Moyer | on behalf of Creditor Federal National Mortgage Association (Fannie Mae) ecfmail@ecf.courtdrive.com |

District/off: 0315-1 | User: agro | Page 4 of 4
Date Rcvd: Oct 26, 2021 | Form ID: 300b | Total Noticed: 51

Maria Miksich
    on behalf of Creditor CSMC 2020-RPL3 Trust mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Raymond M Kempinski
    on behalf of Creditor Federal National Mortgage Association ("Fannie Mae") ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 11