**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>GLENN A. BOYD, JR.<br>CHRISTINE F. BOYD<br>Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>       Movant<br>         vs.<br>No Respondents. | Case No.:16-10418 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

| | |
|---|---|
| October 25, 2021 | /s/  Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/29/2016 and confirmed on 6/22/16. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 72,579.75 |
| Less Refunds to Debtor | 2,548.02 | |
| TOTAL AMOUNT OF PLAN FUND | | 70,031.73 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,400.00 | |
|   Trustee Fee | 3,277.35 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,677.35 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CSMC 2020-RPL3 TRUST | 0.00 | 46,702.31 | 0.00 | 46,702.31 |
|     Acct: 1636 | | | | |
|   CSMC 2020-RPL3 TRUST | 1,748.71 | 1,748.71 | 0.00 | 1,748.71 |
|     Acct: 1636 | | | | |
|   ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8739 | | | | |
| | | | | 48,451.02 |
| **Priority** | | | | |
|   KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GLENN A. BOYD, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GLENN A. BOYD, JR. | 2,044.00 | 2,044.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GLENN A. BOYD, JR. | 504.02 | 504.02 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 1,234.89 | 1,234.89 | 0.00 | 1,234.89 |
|     Acct: 6867 | | | | |
| | | | | 1,234.89 |
| **Unsecured** | | | | |
|   ECMC(*) | 7,175.08 | 374.18 | 0.00 | 374.18 |
|     Acct: 1979 | | | | |
|   ALLY FINANCIAL(*) | 9,848.06 | 513.58 | 0.00 | 513.58 |
|     Acct: 4578 | | | | |
|   ATT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2656 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 2,337.40 | 121.90 | 0.00 | 121.90 |
|     Acct: 4562 | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: JH3T | | | | |
|   BUTLER IMAGING & INTERVENTION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2988 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1678 | | | | |
|   BUTLER MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 970.09 | 50.59 | 0.00 | 50.59 |
|     Acct: 7741 | | | | |
|   CENTRAL ELECTRIC CO-OP, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1800 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5166 | | | | |
|   BILL ME LATER INC A/S/F SYNCHRONY B/ | 655.50 | 34.18 | 0.00 | 34.18 |
|     Acct: 3168 | | | | |
|   CREDIT ACCEPTANCE CORP* | 3,647.63 | 190.22 | 0.00 | 190.22 |
|     Acct: 9316 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 1,807.64 | 94.27 | 0.00 | 94.27 |
|     Acct: 0514 | | | | |
|   UNITED STATES DEPARTMENT OF EDUC | 17,144.77 | 894.10 | 0.00 | 894.10 |
|     Acct: 1979 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5738 | | | | |
|   GREAT LAKES HIGHER EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9879 | | | | |
|   IDENTITY STUDIO AND DESIGN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2072 | | | | |
|   STRAYER UNIVERSITY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MIDLAND FUNDING LLC | 1,434.05 | 74.79 | 0.00 | 74.79 |
|     Acct: 1984 | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR | 240.54 | 12.54 | 0.00 | 12.54 |
|     Acct: 6555 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 619.65 | 32.31 | 0.00 | 32.31 |
|     Acct: 6442 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 649.27 | 33.86 | 0.00 | 33.86 |
|     Acct: 6744 | | | | |
|   ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8739 | | | | |
|   INTERNAL REVENUE SERVICE* | 6.16 | 0.32 | 0.00 | 0.32 |
|     Acct: 6867 | | | | |
|   UNITED STATES DEPARTMENT OF EDUC | 41,201.77 | 2,148.67 | 0.00 | 2,148.67 |
|     Acct: 1979 | | | | |
|   BILL ME LATER INC A/S/F SYNCHRONY B/ | 424.83 | 22.15 | 0.00 | 22.15 |
|     Acct: 3440 | | | | |
|   NAVIENT SOLUTIONS LLC O/B/O THE DEF | 154,761.43 | 8,070.81 | 0.00 | 8,070.81 |
|     Acct: 6867 | | | | |
|   LAUREN M MOYER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 12,668.47 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 62,354.38 |

```
TOTAL CLAIMED
PRIORITY              1,234.89
SECURED               1,748.71
UNSECURED           242,923.87
```

Date: 10/25/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    GLENN A. BOYD, JR.<br>    CHRISTINE F. BOYD<br>           Debtor(s)<br><br>    Ronda J. Winnecour<br>           Movant<br>           vs.<br>    No Repondents. | Case No.:16-10418 TPA<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                         BY THE COURT:

                                                                         U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10418-TPA |
| Glenn A. Boyd, Jr. | Chapter 13 |
| Christine F. Boyd | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: agro | Page 1 of 4 |
| Date Rcvd: Oct 26, 2021 | Form ID: pdf900 | Total Noticed: 51 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Glenn A. Boyd, Jr., Christine F. Boyd, 1272 Lisbon Road, Kennerdell, PA 16374-2820 |
| cr | + | CSMC 2020-RPL3 Trust, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14221993 | + | AES/FNB Bank NA, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14221997 | + | Barclays Bank, 700 Prides Xing, Newark, DE 19713-6109 |
| 14221998 | + | Butler Family Practice, c/o Collection Service Center, PO Box 1623, Butler, PA 16003-1623 |
| 14221999 | + | Butler Imaging Interventional Associates, 7 Acee Drive, Natrona Heights, PA 15065-9700 |
| 14222001 | + | Butler Memorial Hospital, One Hospital Way, Butler, PA 16001-4697 |
| 15314363 | + | CSMC 2020-RPL3 Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14222003 | + | Central Electric Cooperative, Inc, PO Box 329, Parker, PA 16049-0329 |
| 14222006 | + | Credit Acceptance, PO Box 507, Southfield, MI 48037 |
| 14232603 | + | District Court, PO Box 522, Seneca, PA 16346-0522 |
| 14632331 | + | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14291872 | + | Federal National Mortgage Association, PO Box 1047, Hartford, CT 06143-1047 |
| 14222010 | + | Great Lakes Higher Education, PO Box 7860, Madison, WI 53707-7860 |
| 14222011 | + | Identity Studio and Design, Photos Outside the Box, 217 Old Airport Road, Emlenton, PA 16373-8011 |
| 14222014 | + | Matthew Boyd, 1272 Lisbon Road, Kennerdell, PA 16374-2820 |
| 15071850 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14239620 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14222016 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus, 14523 SW Millikan Way, Beaverton, OR 97005 |
| 14255230 | | United States Department of Education, Claims Filing Unit, P O Box 8973, Madison, WI 53708-8973 |
| 14222019 | + | Verizon, c/o Debt Recovery Solutions, 900 Merchants, Consourse 106, Westbury, NY 11590-5142 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Oct 26 2021 23:35:00 | Ally Financial serviced by Ally Servicing, LLC, PO Box 130424, Roseville, MN 55113-0004 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 27 2021 10:19:05 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: bncmail@w-legal.com | Oct 26 2021 23:36:00 | Synchrony, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14221996 | + | Email/Text: bankruptcy@credencerm.com | Oct 26 2021 23:36:00 | AT&T, c/o Credence Resource Management, 17000 Dallas Parkway, Suite 204, Dallas, TX 75248-1940 |
| 14232472 | | Email/Text: ally@ebn.phinsolutions.com | Oct 26 2021 23:35:00 | Ally Financial, PO Box 130424, Roseville MN |

| | | | | |
|---|---|---|---|---|
| | | | | 55113-0004 |
| 14221995 | | Email/Text: ally@ebn.phinsolutions.com | Oct 26 2021 23:35:00 | Ally Financial, PO Box 38091, Minneapolis, MN 55438 |
| 14221994 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 26 2021 23:35:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14263445 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 26 2021 23:47:13 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14222000 | + | Email/Text: bdsupport@creditmanagementcompany.com | Oct 26 2021 23:36:00 | Butler Memorial Hospital, c/o Credit Management, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14274992 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 26 2021 23:35:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14222002 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 26 2021 23:47:28 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14233311 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 26 2021 23:47:19 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14222005 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 26 2021 23:35:00 | Comenity Capital Bank, PO Box 105658, Atlanta, GA 30348-5658 |
| 14223794 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 26 2021 23:35:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14222007 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 26 2021 23:47:09 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14222008 | + | Email/PDF: pa_dc_ed@navient.com | Oct 26 2021 23:47:21 | Department of Education/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14632331 | + | Email/Text: ECMCBKNotices@ecmc.org | Oct 26 2021 23:35:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14222012 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 26 2021 23:35:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14222009 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 26 2021 23:36:00 | Fingerhut, c/o Jefferson Capital, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14269506 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 26 2021 23:36:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14222004 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 26 2021 23:47:18 | Chase Card, PO Box 12598, Wilmington, DE 19850 |
| 14222013 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2021 23:47:23 | LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 14274385 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2021 23:47:22 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14266227 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 26 2021 23:35:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14222015 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 26 2021 23:35:00 | Midland Funding, 8875 Aero Dr., Suite 200, San Diego, CA 92123-2255 |
| 14281847 | | Email/PDF: pa_dc_claims@navient.com | Oct 26 2021 23:47:21 | Navient Solutions Inc. on behalf of, Department of Education Services, P.O. Box 9635, Wilkes-Barre PA. 18773-9635 |
| 14291780 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2021 23:47:11 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15015155 | + | Email/Text: bncmail@w-legal.com | Oct 26 2021 23:36:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

| District/off: 0315-1 | User: agro | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 26, 2021 | Form ID: pdf900 | Total Noticed: 51 |

| Recip ID | | | | |
|---|---|---|---|---|
| 14222018 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2021 23:47:30 | Synchrony Bank/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 14222020 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 26 2021 23:36:00 | WebBank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Federal National Mortgage Association ("Fannie Mae |
| cr | | Federal National Mortgage Association (Fannie Mae) |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 15015158 | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14222017 | ##+ | Strayer University, Warrendale Campus, 802 Warrendale Village Drive, Warrendale, PA 15086-7589 |

TOTAL: 3 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Federal National Mortgage Association ("Fannie Mae") ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| John F. Kroto | on behalf of Creditor Ally Financial serviced by Ally Servicing  LLC john_kroto@pawb.uscourts.gov, knoxbank@hotmail.com,mwernicki@kmgslaw.com,burban@kmgslaw.com |
| Kenneth M. Steinberg | on behalf of Joint Debtor Christine F. Boyd julie.steidl@steidl-steinberg.com kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Kenneth M. Steinberg | on behalf of Debtor Glenn A. Boyd  Jr. julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Lauren Moyer | on behalf of Creditor Federal National Mortgage Association ("Fannie Mae") ecfmail@ecf.courtdrive.com |
| Lauren Moyer | on behalf of Creditor Federal National Mortgage Association (Fannie Mae) ecfmail@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: agro | Page 4 of 4 |
| Date Rcvd: Oct 26, 2021 | Form ID: pdf900 | Total Noticed: 51 |

Maria Miksich
    on behalf of Creditor CSMC 2020-RPL3 Trust mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Raymond M Kempinski
    on behalf of Creditor Federal National Mortgage Association ("Fannie Mae") ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 11